*State, Respondent v. Lazier, Petitioner*, No. 93065-1. Petition for review of a decision of the Court of Appeals, No. 46968-5-II, March 29, 2016, 193 Wn. App. 1011. *Denied* August 31, 2016.

*State, Respondent, v. Ruffin, Petitioner*, No. 93066-0. Petition for review of a decision of the Court of Appeals, No. 72514-9-I, March 28, 2016, 193 Wn. App. 1008. *Denied* August 31, 2016.

*State, Respondent, v. Wheeler, Petitioner*, No. 93070-8. Petition for review of a decision of the Court of Appeals, No. 72660-9-I, April 4, 2016, 193 Wn. App. 1013. *Denied* August 31, 2016.

*State, Respondent, v. Gilbert, Petitioner*, No. 93071-6. Petition for review of a decision of the Court of Appeals, No. 33098-2-III, April 7, 2016, 193 Wn. App. 1016. *Denied* August 31, 2016.

*State, Respondent, v. Fastrup, Petitioner*, No. 93074-1. Petition for review of a decision of the Court of Appeals, No. 72405-3-I, March 28, 2016, 193 Wn. App. 1008. *Denied* August 31, 2016.

*State, Respondent, v. Rodgers, Petitioner*, No. 93087-2. Petition for review of a decision of the Court of Appeals, No. 72712-5-I, March 28, 2016, 193 Wn. App. 1009. *Denied* August 31, 2016.

*State, Respondent, v. Nen Than Phan, Petitioner*, No. 93089-9. Petition for review of a decision of the Court of Appeals, No. 72935-7-I, April 4, 2016, 193 Wn. App. 1013. *Denied* August 31, 2016.

*Wunderlich et al., Respondents, v. Rouse et al., Petitioners*, No. 93090-2. Petition for review of a decision of the Court of Appeals, No. 32655-1-III, November 10, 2015, 191 Wn. App. 1013. *Denied* August 31, 2016.